# UNITED STATES DISTRICT COURT

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 20 2002

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| HOLLISTER-STIER LABORATORIES LLC, a Delaware limited liability company<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN DIAGNOSTICS, INC., an Illinois corporation,<br><br>Defendant. | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER:<br><br>**CS-02-0160-AAM** |

TO:  Lincoln Diagnostics, Inc.
     240 E. Hickory Point Road
     P.O. Box 1128
     Decatur, IL  62525

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY,

Susan E. Foster
Jed M. Silversmith
Mary P. Gaston
Perkins Coie LLP
221 N. Wall Street, Suite 600
Spokane, WA  99201

an answer to the complaint which is served on you with this Summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

James R. Larsen                          MAY 07 2002
CLERK                                     DATE

_[signature]_
(By) DEPUTY CLERK

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  MAY 09, 2002 |
| NAME OF SERVER (PRINT)  STEVE ARNETT | TITLE  PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE SERVICE: C/O GARY HEIN
LINCOLN DIAGNOSTICS, INC.
240 E. HICKORY POINT ROAD   BOX 1128
DECATUR, ILLINOIS   62525

### STATEMENT OF SERVICE FEES

| TRAVEL: | SERVICES: | TOTAL: |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 9, 2002
            *Date*

*Signature of Server*

154 LEISURE LN.
CHATHAM, IL. 62629
*Address of Server*

SUBSCRIBED AND SWORN before me this
May 9, 2002

*Notary Signature*   SEAL

OFFICIAL SEAL
SUZANNE A SHANER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 09/16/05

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClientCaseID:   FOSTER           2749            CaseReturnDate:   7/7/02

Affidavit of  A PRIVATE DETECTIVE

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WASHINGTON

Case Number **CS020160AAM**

I, STEPHEN W. ARNETT

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY LICENSE NUMBER #117-000697 PII, INC P.O.BOX 9172 SPRINGFIELD IL 62791.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS & COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  LINCOLN DIAGNOSTICS INC
PERSON SERVED **GARY HEIN**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **5/9/02**

That the sex, race and approximate age of the whom I left the   SUMMONS & COMPLAINT
are as follow:

| Sex | MALE | Race | WHITE | Age | 55 | Height | 510 | Build | MEDIUM | Hair | GRY |

LOCATION OF SERVICE   **240 E HICKORY, PO BOX 1128 DECATUR, IL, 62525**

Date Of Service   **5/9/02**          Time of Service   **3:00 PM**

STEPHEN W. ARNETT                                   5/16/2002
**A PRIVATE DETECTIVE AGENCY**
P.E.R.C. 129-215989

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

SUBSCRIBED AND SWORN before me this

May 16 of 2002

Notary Signature           SEAL

OFFICIAL SEAL
SUZANNE A SHANER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 09/18/05

**PII, INC, An Illinois Corporation**
P.O.BOX 9172
SPRINGFIELD, IL, 62791          Phone (217)-483-8845    Fax (217)-483-5491

Tax ID 37-1307120

**Customer**
CLERK U99C
P O BOX 1493
SPOKANE, WA, 99210          Phone:          Fax:

### Invoice#  2749

Date Of Invoice:  5/15/2002

**Plaintiff:** HOLLISTER-STIER LABORATORIES
**Court CaseID:** CS020160AAM   **Firm#** FOSTER         **Case Returned Date:** 7/7/02
**Process Server:** STEPHEN W. ARNETT                  **ProcessType:** SUMMONS & COMPLAINT

**Defendant:#1** LINCOLN DIAGNOSTICS INC        **Type Of Service:** CORPORATE SERVICE
**Person Served:** GARY HEIN                    **Date Of Service:** 5/9/2002   **Time:** 3:00 PM
**Sex** MALE   **Age** 55   **Height** 510   **Build** MEDIUM   **Hair Color** GRY   **Race** WHITE

**Defendant:#2**                                **Type Of Service:**
**Person Served:**                              **Date Of Service:**          **Time:**
**Sex**        **Age**      **Height**      **Build**           **Hair Color**           **Race**

**Location**  240 E HICKORY, PO BOX 1128, DECATUR, IL, 62525   **Type Of Premise:**  OFFICE

| | | | |
|---|---|---|---|
| Delivery Charge | $0.00 | Skip Trace | $0.00 |
| Bad Address | $0.00 | Rush | $60.00 |
| Filing | $0.00 | Investigation | $0.00 |
| Database Charge | $0.00 | Mileage | $55.00 |

**Payment Received Date:**          **Total:  $115.00**     **Check No**

THE INFORMATION IS DEEMED RELIABLE, BUT IS NOT GURANTEED
PAYMENT UPON RECIEPT, THERE WILL BE A 3% INTEREST CHARGE PER MONTH ON UNPAID