Richard W. Kuhling
PAINE, HAMBLEN, COFFIN,
  BROOKE, & MILLER LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
Telephone: (509) 455-6000
Facsimile: (509) 838-0007

Attorneys for Defendant
LINCOLN DIAGNOSTICS, INC.

The Honorable Alan A. McDonald

RECEIVED
MAY 28 2002
PERKINS COIE LLP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
MAY 28 2002
JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLISTER-STIER LABORATORIES, LLC, a Delaware Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN DIAGNOSTICS, INC., an Illinois Corporation,<br><br>Defendant. | No. CS-02-0160-AAM<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT** |

TO:     CLERK OF THE COURT

AND TO:     Plaintiff, HOLLISTER-STIER LABORATORIES, LLC, and its attorneys

NOTICE OF APPEARANCE - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

| | |
|---|---|
| 1 | YOU, AND EACH OF YOU, please take notice that Defendant, LINCOLN DIAGNOSTICS, INC., an Illinois corporation, without waiver of any defense including jurisdiction, hereby enters its appearance in the above cause and requests that all further pleadings and papers (except process) be served upon their attorneys, the undersigned, at the address below stated. |

DATED this 28th day of May, 2002.

PAINE, HAMBLEN, COFFIN,
BROOKE & MILLER, LLP

By _____
Richard W. Kuhling, WSBA # 07927
Attorneys for Defendant
Lincoln Diagnostics, Inc.

NOTICE OF APPEARANCE - 2

CERTIFICATE OF SERVICE

I certify that on this 28th day of May, 2002, a true and correct copy of the foregoing **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT** was caused to be served as indicated below and addressed as follows:

| | |
|---|---|
| Susan E. Foster | _____ U.S. MAIL |
| Jed M. Silversmith | XXXX HAND-DELIVERED |
| Mary P. Baston | _____ OVERNIGHT MAIL |
| PERKINS COIE LLP | _____ TELECOPY (FAX) |
| 221 North Wall Street, Suite 600 | |
| Spokane, WA 99201 | |
| Attorneys for Plaintiff | |

_____
Richard W. Kuhling

00045424.WPD

NOTICE OF APPEARANCE - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000