1  Richard W. Kuhling
2  PAINE, HAMBLEN, COFFIN,
    BROOKE & MILLER LLP
3  717 W. Sprague Avenue, Suite 1200
4  Spokane, Washington 99201-3505
5  Telephone: (509) 455-6000
6  Facsimile: (509) 838-0007

7  Attorneys for Defendant LINCOLN
8     DIAGNOSTICS, INC.

The Honorable Alan A. McDonald

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 0 2002

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

RECEIVED

JUN 1 0 2002

PERKINS COIE LLP

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLISTER-STIER LABORATORIES, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>LINCOLN DIAGNOSTICS, INC., an Illinois corporation,<br><br>    Defendant, | No. CS-02-0160-AAM<br><br>**LINCOLN DIAGNOSTICS'**<br>**ANSWER TO COMPLAINT**<br>**FOR FALSE ADVERTISING** |

TO:         CLERK OF THE COURT

AND TO:  Plaintiff, HOLLISTER-STIER LABORATORIES, LLC and its attorneys

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

ANSWER TO COMPLAINT - 1

Defendant, LINCOLN DIAGNOSTICS, INC., by and through its attorney, Richard Kuhling of Paine, Hamblen, Coffin, Brooke & Miller, LLP, in answer to the Plaintiff's Complaint admits, denies and alleges as follows:

## I. PARTIES

1. Upon information and belief, this Defendant admits the allegations contained in paragraph 1 of Plaintiff's Complaint.

2. This Defendant admits the allegations contained in paragraph 2 of Plaintiff's Complaint.

## II. JURISDICTION AND VENUE

3. This Defendant denies that this Court has subject matter jurisdiction over this action. This Defendant admits that Plaintiff's Complaint seeks relief in part under the laws of the United States, and the laws of the State of Washington, but denies liability pursuant to those laws. This Defendant is without sufficient information about the citizenship of Plaintiff or the amount in controversy, therefore, denies that this Court has jurisdiction pursuant to a 28 U.S.C. §1332.

4. This Defendant admits that this Court has personal jurisdiction over defendant as it has marketed and sold products in Washington, but denies each and every other allegation contained in paragraph 4 of Plaintiff's Complaint.

5. This Defendant denies that venue is proper in this Court.

## III. BASIS FOR CLAIMS

6. This Defendant admits the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. This Defendant admits that it manufactures, markets and sells the DUOTIP-TEST® MULTI-TEST® and MULTI-TEST II®. This Defendant denies that the DUOTIP-TEST® has "a plastic tip," but asserts that the

ANSWER TO COMPLAINT - 2

DUOTIP-TEST® consists of a plastic disposable cylinder with two fine tapered points used to introduce the allergenic extract using either a modified prick technique or a rotation technique.

8. Upon information and belief, this Defendant admits the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. This Defendant admits that it has advertised the DUOTIP-TEST® in The Journal of Allergy and Clinical Immunology and The Annals of Allergy, Asthma and Immunology. This Defendant denies all allegations that these advertisements contain false or misleading claims.

10. This Defendant denies the allegations contained in paragraph 10 of Plaintiff's Complaint.

11. This Defendant denies the allegations contained in paragraph 11 of Plaintiff's Complaint.

### IV. CLAIMS

12. Plaintiff makes no allegation of fact in paragraph 12, therefore, no response is provided.

13. This Defendant denies the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. This Defendant denies the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. This Defendant denies the allegations contained in paragraph 15 of Plaintiff's Complaint.

16. Plaintiff makes no allegation of fact in paragraph 16, therefore, no response is provided.

17. This Defendant denies the allegations contained in paragraph 17 of Plaintiff's Complaint.

ANSWER TO COMPLAINT - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

18. This Defendant denies the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. This Defendant denies the allegations contained in paragraph 19 of Plaintiff's Complaint.

Further answering Plaintiff's Complaint, and by way of affirmative defense, this Defendant alleges:

1. A previously filed action involving the same parties and the same issues is currently pending in the U.S. District Court for the Central District of Illinois, No. 2002 cv 2109. In the interests of comity and judicial economy, this Court should dismiss, stay or transfer this case to the U.S. District Court for the Central District of Illinois pursuant to the "first to file" rule.

2. This Court lacks subject matter jurisdiction as a previously filed action involving the same parties and the same issues is currently pending in another district.

3. The proper venue in this action does not lie in the Eastern District of Washington, but lies in Illinois, where the same parties are currently litigating the same issues. Further, Illinois is the location of the weight of information and evidence related to the advertisements at issue in this case.

4. Plaintiff's Complaint fails to state a claim upon which relief can be granted in that the advertisements cited by Plaintiff are not false or misleading.

5. To the extent that discovery reveals the existence of any other affirmative defenses not presently known to this Defendant, Defendant reserves the right to amend its answer to include any such affirmative defenses in the interest of justice.

ANSWER TO COMPLAINT - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
*717 WEST SPRAGUE AVENUE, SUITE 1200*
*SPOKANE, WA 99201 PHONE: (509) 455-6000*

1 | WHEREFORE, Defendant, having fully answered Plaintiff's Complaint
2 | prays that the same be dismissed and that this Defendant be awarded its costs
3 | and fees as allowed by law and statute, including attorney fees, and such other
4 | relief the Court deems just and equitable.
5 | DATED this 10th day of June, 2002.

PAINE, HAMBLEN, COFFIN,
BROOKE & MILLER LLP

By: /s/ Jerald Kobluk 22997
    for Richard W. Kuhling, WSBA #7927
Attorneys for Defendant
Lincoln Diagnostics, Inc.

ANSWER TO COMPLAINT - 5

# CERTIFICATE OF SERVICE

I certify that on this 10th day of June, 2002, a true and correct copy of the foregoing LINCOLN DIAGNOSTICS' ANSWER TO COMPLAINT FOR FALSE ADVERTISING was caused to be served as indicated below and addressed as follows:

| | |
|---|---|
| Susan E. Foster<br>Jed M. Silversmith<br>Mary P. Gaston<br>PERKINS COIE LLP<br>221 N. Wall Street, Suite 600<br>Spokane, WA 99201<br>Attorneys for Plaintiff | \_\_\_\_ U.S. MAIL<br>__X__ HAND-DELIVERED<br>\_\_\_\_ OVERNIGHT MAIL<br>\_\_\_\_ TELECOPY (FAX) |

_____
for RICHARD W. KUHLING

I:\Spodocs\30545\00001\plead\00045587.DOC:cf

ANSWER TO COMPLAINT - 6