The Honorable Alan A. McDonald

Susan E. Foster
Jed Silversmith
Mary Gaston
PERKINS COIE LLP
221 North Wall Street, Suite 600
Spokane, WA 99201
(509) 624-2212

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 20 2002

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLISTER-STIER LABORATORIES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN DIAGNOSTICS INC., an Illinois corporation,<br><br>Defendant. | NO. CS-02-0160-AAM<br><br>STIPULATION TO DISMISS |

Pursuant to Fed. R. Civ. Pr. 41 and based on a settlement agreement executed by the parties on September 9, 2002, the parties hereby agree to dismiss with prejudice the above-referenced matter.

STIPULATION TO DISMISS - 1
[31377-0014/SL022310.075]

ORIGINAL



221 North Wall Street, Suite 600
Spokane, WA 99201-0826
PHONE: 509-624-2212
FAX: 509-458-3399

DATED this _____ day of September, 2002

| PERKINS COIE LLP | PAINE, HAMBLEN, COFFIN BROOKE & MILLER LLP |
|---|---|
| By _____ <br> Susan E. Foster, WSBA #18030 <br> Jed Silversmith, WSBA #31110 <br> Mary Gaston, WSBA #27258 <br> Attorneys for Plaintiff <br> Hollister-Stier Laboratories LLC | By _____ <br> Richard W. Kuhling, WSBA # 7927 <br> Attorneys for Defendant <br> Lincoln Diagnostics, Inc. |

STIPULATION TO DISMISS - 2

[31377-0014/SL022310.075]