The Honorable Alan A. McDonald

Susan E. Foster
Jed Silversmith
Mary Gaston
PERKINS COIE LLP
221 North Wall Street, Suite 600
Spokane, WA 99201
(509) 624-2212

Attorneys for Plaintiff

**PROPOSED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HOLLISTER-STIER LABORATORIES LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN DIAGNOSTICS INC., an Illinois corporation,<br><br>Defendant. | NO. CS-02-0160-AAM<br><br>[PROPOSED] ORDER |

This matter came before the Court on the parties' Stipulation to Dismiss. The Court, being fully advised in the premises, now, therefore, it is

[PROPOSED] ORDER - 1
[31377-0014/SL022310.150]

RECEIVED
SEP 20 2002
CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON



Perkins Coie LLP
221 North Wall Street, Suite 600
Spokane, WA 99201-0826
PHONE: 509-624-2212
FAX: 509-458-3399

**ORDERED** this matter is **DISMISSED** in its entirety with prejudice, including all claims and counterclaims,

**ORDERED** that Clerk is hereby directed to the close the file.

DONE IN OPEN COURT this ____ day of September 2002.

_____
Hon. Alan A. McDonald
United States District Court Judge

**PRESENTED BY:**

| | |
|---|---|
| **PERKINS COIE** LLP | **PAINE, HAMBLEN, COFFIN BROOKE & MILLER LLP** |
| By _/s/ Jed Silversmith_ | By _/s/ Richard W. Kuhling_ |
| Susan E. Foster, WSBA #18030 | Richard W. Kuhling, WSBA # 7927 |
| Jed Silversmith, WSBA #31110 | Attorneys for Defendant |
| Mary Gaston, WSBA #27258 | Lincoln Diagnostics, Inc. |
| Attorneys for Plaintiff | |
| Hollister-Stier Laboratories LLC | |

[PROPOSED] ORDER - 2
[31377-0014/SL022310.150]

Perkins Coie LLP
221 North Wall Street, Suite 600
Spokane, WA 99201-0826
PHONE: 509·624·2212
FAX: 509·458·3399