The Honorable Alan A. McDonald

Susan E. Foster
Jed Silversmith
Mary Gaston
PERKINS COIE LLP
221 North Wall Street, Suite 600
Spokane, WA 99201
(509) 624-2212

Attorneys for Plaintiff

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SEP 23 2002
JAMES R. LARSEN, CLERK
DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

HOLLISTER-STIER LABORATORIES LLC, a Delaware limited liability company,

Plaintiff,

v.

LINCOLN DIAGNOSTICS INC., an Illinois corporation,

Defendant.

NO. CS-02-0160-AAM

ORDER

This matter came before the Court on the parties' Stipulation to Dismiss. The Court, being fully advised in the premises, now, therefore, it is

ORIGINAL

Perkins
Coie
LLP

221 North Wall Street, Suite 600
Spokane, WA 99201-0826
PHONE: 509-624-2212
FAX: 509-458-3399

**ORDERED** this matter is **DISMISSED** in its entirety with prejudice, including all claims and counterclaims,

**ORDERED** that Clerk is hereby directed to the close the file.

DONE IN OPEN COURT this 23rd day of September 2002.

Hon. Alan A. McDonald
United States District Court Judge

**PRESENTED BY:**

**PERKINS COIE LLP**

By ______________________
Susan E. Foster, WSBA #18030
Jed Silversmith, WSBA #31110
Mary Gaston, WSBA #27258
Attorneys for Plaintiff
Hollister-Stier Laboratories LLC

**PAINE, HAMBLEN, COFFIN BROOKE & MILLER LLP**

By ______________________
Richard W. Kuhling, WSBA # 7927
Attorneys for Defendant
Lincoln Diagnostics, Inc.





221 North Wall Street, Suite 600
Spokane, WA 99201-0826
PHONE: 509·624·2212
FAX: 509·458·3399